IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          CR. NO. S-10-0239 WBS

JOHN VANZETTI

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          CR. NO. S-10-0144 EJG

ANTHONY GHIO

        Defendant.
_____/    <u>RELATED CASE ORDER</u>

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123.  The actions arise out of the same law enforcement investigation and involve common factual allegations. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action entitled Cr. No. S-10-0239 WBS is hereby reassigned to Judge Edward J. Garcia for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Cr. No. S-10-0239 EJG.

IT IS FURTHER ORDERED that an initial appearance/arraignment and hearing for entry of plea in the reassigned case will be held at 10:00 a.m. Friday, July 9, 2010 before Judge Garcia.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

July 1, 2010                    /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT

2