```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      )
                                   )   No. 2:10-CR-144 EJG
12            Plaintiff,           )
                                   )
13       v.                        )
                                   )
14  ANTHONY GHIO,                  )
                                   )
15            Defendant.           )
    _____)
16                                 )
                                   )
17  UNITED STATES OF AMERICA,      )
                                   )   No. 2:10-CR-238 EJG
18            Plaintiff,           )
                                   )
19       v.                        )
                                   )
20  THEODORE HUTZ,                 )
                                   )
21            Defendant.           )
    _____)
22                                 )
                                   )
23  UNITED STATES OF AMERICA,      )
                                   )   No. 2:10-CR-239 EJG
24            Plaintiff,           )
                                   )
25       v.                        )
                                   )
26  JOHN VANZETTI,                 )
                                   )
27            Defendant.           )
    _____)
28
```

1

**MEMORANDUM**

The three captioned matters have been ordered related. These matters concern an ongoing investigation into bid rigging. Each plea agreement contains a cooperation provision. Cooperation will not be exhausted by the current dates set for judgment and sentence, which are as follows:

<u>United States v. Anthony Ghio</u>, October 22, 2010.

<u>United States v. John Vanzetti</u>, November 19, 2010.

<u>United States v. Theodore Hutz</u>, January 21, 2011.

The undersigned Assistant United States Attorney has conferred with counsel for the three defendants: Michael Thorman (Ghio), Christopher Wing (Vanzetti), and Kresta Daly (Hutz). I have also conferred with the United States Probation Office. It is the desire of all the parties, including Probation, to **vacate** the current dates set for judgment and sentence. All parties and Probation are agreed that the three matters should **be set for status on April 29, 2011.** I conferred with Colleen Lydon, Judicial Assistant and Courtroom Deputy to the Honorable Edward J. Garcia, and Ms. Lydon informed me that at this point it appears that April 29, 2011 is an available date for the Court.

DATED: September 20, 2010         BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:  */s/ Russell L. Carlberg*
                                     RUSSELL L. CARLBERG
                                     Assistant U.S. Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATE: September 21, 2010          /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE