BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN VANZETTI,<br><br>Defendant. | CR. NO.  S-10-0239 EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE ON SENTENCING |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Vanzetti is scheduled for a status conference on sentencing on April 29, 2011.  However, he may be called as a witness at the trial of several co-conspirators.  As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference currently set for April 29, 2011, at 10:00 a.m. be continued to October 28, 2011, at 10 a.m.  The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

///

///

BENJAMIN B. WAGNER
United States Attorney

Date: 3/21/11                          /s/ Russell L. Carlberg
                                    By: RUSSELL L. CARLBERG
                                    Assistant United States Attorney



Date: 3/21/11                          /s/ Christopher Wing*
                                    CHRISTOPHER WING
                                    Attorney for Defendant John Vanzetti

## ORDER

For the reasons stated above, the Court vacates the status conference date in this case of April 29, 2011. The Court orders that the matter be set for a status conference regarding judgment and sentence on October 28, 2011, at 10 a.m.

IT IS SO ORDERED this 25th day of April, 2011.

 /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

1 | *Signed with permission.