LAW OFFICES OF
# WING & PARISI
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
FAX (916) 441-1575

## MEMORANDUM AND [PROPOSED] ORDER

**TO:** HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT JUDGE

**FROM:** CHRISTOPHER H. WING

**SUBJECT:** SENTENCING DATE FOR JOHN R. VANZETTI, 2:10 CR 239 EJG

**DATE:** OCTOBER 24, 2011

PURSUANT TO THE REQUEST BY THE GOVERNMENT AND WITH ALL PARTIES AGREEING; I.E., AUSA RUSSELL L. CARLBERG, AUSA' ANNA T. PLETCHER, RICHARD COHEN AND TAI MILDER FROM THE UNITED STATES DEPARTMENT OF JUSTICE, ANTITRUST DIVISION AND PROBATION OFFICER JULIE A FOWLER, I REQUEST THAT THE SENTENCING FOR MR. VANZETTI, NOW SET FOR OCTOBER 28, 2011 BE CONTINUED FOR A STATUS HEARING UNTIL JANUARY 27, 2012 AT 10:00 AM AS THERE REMAIN ISSUES TO BE RESOLVED PRIOR TO MR. VANZETTI'S SENTENCING.

CC: VIA E-MAIL: JULIE FOWLER, USPO, AUSA'S RUSSELL CARLBERG, ANNA T. PLETCHER, RICHARD COHEN, AND TAI MILDER.

C/EJG

✓ APPROVED

OCTOBER 26 2011
DATE

EDWARD J. GARCIA
SENIOR U.S. DISTRICT JUDGE

_____ DISAPPROVED

**FILED**
OCT 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK