```
 1  ANNA TRYON PLETCHER (Cal. Bar No. 239730)
    TAI S. MILDER (Cal. Bar No. 267070)
 2  MAY LEE HEYE (Cal. Bar No. 209366)
    KELSEY C. LINNETT (Cal. Bar No. 274547)
 3  Trial Attorneys
    U.S. Department of Justice
 4  Antitrust Division
    450 Golden Gate Avenue, Room 10-0101
 5  San Francisco, California 94102-3478
    Telephone: (415) 436-6660
 6
```



**FILED**
NOV 06 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0144 EJG |
| Plaintiff, | |
| v. | |
| ANTHONY B. GHIO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:10-CR-0238 EJG |
| Plaintiff, | |
| v. | |
| THEODORE B. HUTZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0239 EJG |
| Plaintiff, | |
| v. | |
| JOHN R. VANZETTI, | |
| Defendant. | |

```
 1  UNITED STATES OF AMERICA,        NO. 2:11-CR-0038 EJG
 2              Plaintiff,
 3        v.
 4  RICHARD W. NORTHCUTT,
 5              Defendant.
 6  _____
 7  UNITED STATES OF AMERICA,        No. 2:11-CR-0039 EJG
 8              Plaintiff,
 9        v.
10  YAMA MARIFAT,
11              Defendant.
12  _____
13  UNITED STATES OF AMERICA,        No. 2:11-CR-0090 EJG
14              Plaintiff,
15        v.
16  GREGORY L. JACKSON,
17              Defendant.
18  _____
19
20  UNITED STATES OF AMERICA,        No: 2:11-CR-0291 EJG
21              Plaintiff,
22        v.
23  WALTER DANIEL OLMSTEAD,
24              Defendant.
25
26
27
28
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br>ROBERT ROSE,<br>    Defendant. | NO. 2:11-CR-0292 EJG |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br>KENNETH A. SWANGER,<br>    Defendant. | No. 2:11-CR-0492 EJG |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br>WILEY C. CHANDLER,<br>    Defendant. | No. 2:11-CR-511 EJG |

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONFERENCES**

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on November 9, 2012.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four

3

1  defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.
2  Joachim, and W. Theodore Longley, are on the Court's calendar
3  for a trial commencing on November 4, 2013.
4      The government will not be able to fully determine its
5  sentencing recommendation for defendants Ghio, Hutz, Vanzetti,
6  Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and
7  Chandler until after a trial in the related case.  Therefore,
8  per agreement with defense counsel, it is respectfully requested
9  that the status conference for these individuals that is
10 currently set for **November 9, 2012** be continued to **December 20,**
11 **2013** at 10:00 a.m.  The United States Probation Office is in
12 accord with this approach.  It is anticipated that at that time,
13 the parties will be in a better position to request dates for
14 judgment and sentencing and disclosure schedules for presentence
15 reports.

17 Dated: November 2, 2012              Respectfully submitted,

19                                      /s/ Tai S. Milder
                                        Anna Tryon Pletcher
20                                      Tai S. Milder
                                        May Lee Heye
21                                      Kelsey C. Linnett
                                        Trial Attorneys
22                                      U.S. Department of Justice
23                                      Antitrust Division

24                                      /s/ Micheal S. Thorman *
                                        MICHEAL S. THORMAN
25                                      Counsel for Anthony Ghio
26
                                        /s/ Kresta Nora Daly *
27                                      KRESTA NORA DALY
                                        Counsel for Theodore B. Hutz
28

```
                          /s/ Christopher H. Wing *
                          CHRISTOPHER H. WING
                          Counsel for John R. Vanzetti

                          /s/ Doron Weinberg *
                          DORON WEINBERG
                          Counsel for Richard W.
                          Northcutt

                          /s/ Richard Tamor *
                          RICHARD TAMOR
                          Counsel for Yama Marifat

                          /s/ Donald H. Heller *
                          DONALD H. HELLER
                          Counsel for Gregory L.
                          Jackson

                          /s/ Carl M. Fallen *
                          CARL M. FALLEN
                          Counsel for Walter Daniel
                          Olmstead

                          /s/ Ismael Ramsey *
                          ISMAEL RAMSEY
                          Counsel for Robert Rose

                          /s/ William J. Portonova *
                          WILLIAM J. PORTONOVA
                          Counsel for Kenneth A.
                          Swanger

                          /s/ Jeffrey L. Bornstein *
                          JEFFREY L. BORNSTEIN
                          Counsel for Wiley C. Chandler
```

\* Signed with permission.

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler from **November 9, 2012** to **December 20, 2013**.

IT IS SO ORDERED.

DATE: 11/5/12

HON. EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE