ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>ANTHONY B. GHIO,<br><br>        Defendant. | No. 2:10-CR-0144 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>THEODORE B. HUTZ,<br><br>        Defendant. | No. 2:10-CR-0238 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>JOHN R. VANZETTI,<br><br>        Defendant. | NO. 2:10-CR-0239 WBS |

```
 1  UNITED STATES OF AMERICA,         NO. 2:11-CR-0038 WBS
 2              Plaintiff,
 3          v.
 4  RICHARD W. NORTHCUTT,
 5              Defendant.
 6  _____
 7  UNITED STATES OF AMERICA,         No. 2:11-CR-0039 WBS
 8              Plaintiff,
 9          v.
10  YAMA MARIFAT,
11              Defendant.
12  _____
13  UNITED STATES OF AMERICA,         No. 2:11-CR-0090 WBS
14              Plaintiff,
15          v.
16  GREGORY L. JACKSON,
17              Defendant.
18  _____
19  UNITED STATES OF AMERICA,         No: 2:11-CR-0291 WBS
20              Plaintiff,
21
22          v.
23  WALTER DANIEL OLMSTEAD,
24              Defendant.
25
26
27
28
```

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 WBS |
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 WBS |
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-511 WBS |
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER, | |
| Defendant. | |

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on December 16, 2013.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1  Joachim, and W. Theodore Longley, are on the Court's calendar
2  for a trial commencing on January 28, 2014.
3       The government will not be able to fully determine its
4  sentencing recommendation for defendants Ghio, Hutz, Vanzetti,
5  Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and
6  Chandler until after a trial in the related case.  Therefore,
7  per agreement with defense counsel, it is respectfully requested
8  that the status conference for these individuals that is
9  currently set for **December 16, 2013** be continued to **April 7,**
10 **2014** at 10:00 a.m.  The United States Probation Office is in
11 accord with this approach.  It is anticipated that at that time,
12 the parties will be in a better position to request dates for
13 judgment and sentencing and disclosure schedules for presentence
14 reports.

16 Dated: November 18, 2013            Respectfully submitted,

                                     /s/ Tai S. Milder
                                     Anna Tryon Pletcher
                                     Tai S. Milder
                                     May Lee Heye
                                     Kelsey C. Linnett
                                     Trial Attorneys
                                     U.S. Department of Justice
                                     Antitrust Division

                                     /s/ Micheal S. Thorman *
                                     MICHEAL S. THORMAN
                                     Counsel for Anthony Ghio

                                     /s/ Kresta Nora Daly *
                                     KRESTA NORA DALY
                                     Counsel for Theodore B. Hutz


                                     /s/ Christopher H. Wing *

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1    CHRISTOPHER H. WING
     Counsel for John R. Vanzetti
2
3    /s/ Doron Weinberg *
     DORON WEINBERG
4    Counsel for Richard W. Northcutt

5
6    /s/ Richard Tamor *
     RICHARD TAMOR
7    Counsel for Yama Marifat

8    /s/ Donald H. Heller *
     DONALD H. HELLER
9    Counsel for Gregory L. Jackson
10
11   /s/ Carl M. Faller *
     CARL M. FALLER
12   Counsel for Walter Daniel Olmstead
13
14   /s/ Ismael Ramsey *
     ISMAEL RAMSEY
15   Counsel for Robert Rose

16   /s/ William J. Portonova *
     WILLIAM J. PORTONOVA
17   Counsel for Kenneth A. Swanger
18
19   /s/ Jeffrey L. Bornstein *
     JEFFREY L. BORNSTEIN
20   Counsel for Wiley C. Chandler
21
22
23
     * Signed with permission.
24
25
26
27
28

5
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler from **December 16, 2013** to **April 7, 2014.**

IT IS SO ORDERED.

Dated:  November 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE